IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN HENDRIX<br><br>　　　　Plaintiff,<br>v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.<br><br>　　　　Defendants. | Case No. 2:20-cv-12262-TGB-APP<br><br>HON. TERRENCE G. BERG<br>MAG. ANTHONY P. PATTI |

## **ORDER**

Upon consideration of the Parties' STATUS REPORT AND JOINT MOTION TO EXTEND STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES AND [PROPOSED] ORDER, and for good cause appearing, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED, and discovery and all pretrial deadlines are hereby stayed and the initial Scheduling Conference in this case is hereby continued for 90 days after entry of this Order to allow the Parties to conduct ongoing settlement negotiations. Parties shall file a joint status update with the Court on or before March 19, 2021.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　/s/Terrence G. Berg_____
　　　　　　　　　　　　　　　　　Terrence G. Berg
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATED: DECEMBER 15, 2020

Respectfully submitted this 15th day of December, 2020.

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| <u>/s/ Steven Scott Schulte (with permission)</u><br>Steven S. Schulte<br>Texas Bar No. 24051306<br>FEARS NACHAWATI LAW FIRM<br>5473 Blair Road<br>Dallas, TX 75231<br>(214) 890-0711<br>(214) 890-0712<br>schulte@fnlawfirm.com<br><br>*Attorneys for Plaintiff* | <u>/s/ Sanjay Ghosh</u><br>Taylor Tapley Daly<br>Georgia Bar No. 697887<br>Sanjay Ghosh<br>Georgia Bar No. 141611<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, GA  30363<br>(404) 322-6000<br>(404) 322-6050<br>sanjay.ghosh@nelsonmullins.com<br>taylor.daly@nelsonmullins.com<br><br> AND<br><br><u>/s/ John G. Mitchell</u><br>John G. Mitchell<br>P39892<br>SECREST WARDLE<br>2600 Troy Center Blvd.<br>P.O. Box 5025<br>Troy, MI 48007-5025<br>(248) 851-9500<br>(248) 538-1223<br>jmitchell@secrestwardle.com<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc* |

## CERTIFICATION

LOCAL RULE CERTIFICATION: I, Sanjay Ghosh, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

*/s/ Sanjay Ghosh*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on December 15, 2020, pursuant to Rule 11 of the Eastern District of Michigan's Electronic Filing Policies and Procedures, a copy of the foregoing **[PROPOSED] ORDER** was uploaded to Judge Berg's chambers by utilizing the Utilities function of the court's ECF system.

The undersigned counsel further certifies that, on December 15, 2020, pursuant to Rule 11 of the Eastern District of Michigan's Electronic Filing Policies and Procedures, a copy of the foregoing **[PROPOSED] ORDER** was submitted via electronic mail to all counsel of record as follows:

Steven S. Schulte
Texas Bar No. 24051306
FEARS NACHAWATI LAW FIRM
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
(214) 890-0712
schulte@fnlawfirm.com

                                              */s/ Sanjay Ghosh*
                                              Sanjay Ghosh
                                              Georgia Bar No. 141611 (admitted to MIED)