UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN HENDRIX,<br><br>Plaintiff,<br><br>vs.<br><br>C R BARD INC, A FOREIGN CORPORATION; ET AL.,<br><br>Defendants. | 2:20-CV-12262-TGB<br><br>ORDER<br><br>HONORABLE<br>TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 16th day of March, 2021.

                                                BY THE COURT:

                                                /s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                United States District Judge